# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

DAMON RASHAD REESE, Petitioner,

*Plaintiff(s)*
v.
UNITED STATES OF AMERICA, Respondent.

*Defendant(s)*

Civil Action No. 5:18-CV-6

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award  ☐ Judgment costs  ☐ Other

This action was:

☐ tried by jury  ☐ tried by judge  ☒ decided by judge

decided by Judge Frederick P. Stamp, Jr.
IT IS ORDERED that the Motion to Vacate, Set Aside, or Correct Sentence (2255) is DENIED and DISMISSED as Untiimely ; and that this Civil Action is DISMISSED and STRICKEN from active docket of this Court.

Date: March 11, 2019

*CLERK OF COURT*
Cheryl Dean Riley

By: *A. O. Abraham*
*Signature of Clerk or Deputy Clerk*